EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 510-2016-03138 |

Florida Commission On Human Relations _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Rene Vilches | | |

Street Address: 4597 Nw 9th Street, Apt. 39, Miami, FL 33126

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (include Area Code) |
|---|---|---|
| EXPRESS FREIGHT INTERNATIONAL | 15 - 100 | |

Street Address: 7950 Nw 77th Street, Unit 1, Miami, FL 33166

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 07-24-2015   Latest: 09-22-2015
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a Qualified Individual with a Disability. I was discharged from my employer on September 18, 2015. I was terminated due to my disability.

I advised Mr. Robert Lope, owner of Express Freight International, of the situation, and he told me that he would be supportive and reassured me that he would work with me and the schedule of my treatments that I could continue working. I stared my treatments on August 17, 2015, during the morning so that I could return to work afterwards. On Fridays, I had two treatments, one in the morning, and another in early afternoon. Because of this, I was given all of the Miami Airport cargo shipments that ended between 8 p.m. and 10 p.m. The discrimination started occurring when I would in before work and be told that I did not have to go in to work. This became a usual occurrence. Finally, I was called into work and was told that I was being terminated because I had missed work from September 16, 2015 through September 22, 2015. Furthermore, Mr. Lopez stated to the Florida Department of Economic Opportunity that I was discharged for absenteeism. This is a lie, I only missed work on days that Mr. Lopez told me not to go in. My disability never stopped me from being able to work. I was fully capable of continuing to work as a driver for express Freight International.

I believe I have been discriminated against because of my disability, in violation of the Americans with Disabilities Amendments Act (ADAAA), as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 6/16/16

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)